JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| RAEDENE MARLENE CHICO,          ) | Case No. EDCV 12-0558-MLG |
|                                 ) | |
|            Plaintiff,           ) | JUDGMENT |
|                                 ) | |
|     v.                          ) | |
|                                 ) | |
| MICHAEL J. ASTRUE,              ) | |
| Commissioner of the             ) | |
| Social Security Administration, ) | |
|                                 ) | |
|            Defendant.           ) | |
| _____ ) | |

**IT IS ADJUDGED** that this action is remanded to Defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Memorandum Opinion and Order.

DATED: October 19, 2012

_____
MARC L. GOLDMAN
United States Magistrate Judge